**IT IS ORDERED as set forth below:**



Date: **August 27, 2018**

_Susan D. Barrett_
United States Bankruptcy Judge
Southern District of Georgia

---

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of:  )  Chapter 13 Case No. 18-10897
  )
William Kirby  )
  )
  )
  )
Debtor(s)

### ORDER ON CONFIRMATION

After a hearing to consider confirmation of the plan in the above-styled Chapter 13 case it is hereby determined that confirmation is:

☐ Denied and the case is dismissed.

  ☐ Without prejudice;
  ☐ With prejudice against refiling for 180 days;
  ☐ Unless Debtor(s) counsel converts to a case under Chapter 7 within fourteen (14) days.

☐ Granted upon condition that:

  ☐ Debtor pay $ _____ by _____ ;
  ☐ Debtor pay $ _____ per _____ until _____ ;

Chapter 13 Case No. __18-10897__
Page 2

☐ Debtor make all future payments to the Trustee in a timely manner. Upon any default, the Trustee shall file and serve a Notice of Non-compliance. If no request for a hearing is filed within seven (7) days of the Notice of Non-compliance, the case will be dismissed. No such request should be filed unless the Trustee's notice is factually inaccurate.

☑ Continued to __10/22/18__ at __10:30__ a.m.

☐ With payments of $ _____ per _____ in the interim;

☐ Upon payment of $ _____ by _____;

☐ Debtor's counsel is ordered to file a modified plan by _____;

☐ Debtor's counsel is ordered to file objection(s) to claim(s) by _____;

☑ Upon condition that Debtor(s):

Adequate protection payments in the amount of $150/mo shall be paid to Premier Member Credit Union

☐ Debtor's counsel is ordered to file with the Clerk, within fourteen (14) days, a written certification that all State and Federal tax returns have been filed.

☐ Upon the failure of the Debtor or Debtor's counsel to strictly comply with the terms of this order the case may be dismissed without further notice or hearing.

**[END OF DOCUMENT]**

Submitted by:
_/s/ Jane E. Miller_
Chapter 13 Trustee/Attorney for
Huon Le, Cortney Elam, Jane Miller

13-01 {Rev. 7/05}

22